United States District Court
Southern District of Texas
FILED

MAR 2 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FL Receivable Trust 2002-A | § § § | B-03.005 MISCELLANEOUS |
| v. | § § | CIVIL ACTION NO. _____ |
| Bagga Enterprises, Inc.<br>Jamuna Real Estate, LLC<br>United Management Services, Inc.<br>Welcome Group, Inc. | § § § § | |

## APPLICATION TO REGISTER JUDGMENT
## RENDERED IN THE UNITED STATES DISTRICT
## COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Pursuant to 28 U.S.C. § 1963, Plaintiff respectfully requests that this Court order that the judgment attached as Exhibit A be registered in the Southern District of Texas so that Plaintiff may execute on said judgment. In support, Plaintiff would show the following:

I.

1. The judgment contained in Exhibit A is a true and certified copy of a default judgment rendered in the United States District Court for the Eastern District of Pennsylvania, Civil Action No. 02-2080.

2. The judgment was rendered on December 20, 2002, and the time for filing a notice of appeal has thus expired.

3. On February 27, 2003, the Pennsylvania court ordered that FL Receivable Trust 2002-A be substituted as Plaintiff. Certified copies of docket sheets and an uncertified copy of the substitution order are attached as Exhibit B.

50689:1051827.1:032403

## II.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that this Court order that the judgment attached to this Application be registered in the United States District Court for the Southern District of Texas, that said judgment be registered in the name of the substituted Plaintiff, FL Receivable Trust 2002-A, and that Plaintiff's counsel be notified promptly once the judgment has been registered.

                Respectfully submitted,

_____
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
Texas State Bar No. 00784311
Federal ID No. 15703
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Facsimile: (956) 542-4370
**ATTORNEY FOR PLAINTIFF**

Of Counsel:

Jean E. Burke
THATCHER PROFFITT & WOOD
50 Main Street
5th Floor
White Plaints, New York 10606
Telephone: (914) 421-4100
Facsimile: (914) 421-4150






IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : CIVIL ACTION |
| v. | : |
| Bagga Enterprises, Inc. | : |
| Jamuna Real Estate, LLC | : |
| United Management Services, Inc. | : |
| Welcome Group, Inc. | : NO. 02-2080 |

FILED
DEC 20 2002
MICHAEL E. KUNZ, Clerk
By _____ Dep. Cler'

## DEFAULT JUDGMENT

AND NOW, this 20th day of December, 2002, upon consideration of the motion of plaintiff for default judgment (Document No. 7), there being no response thereto, and having found that the defendants, having been served with the summons and complaint, as well as a copy of the within motion, and said defendants having failed to appear, answer or otherwise defend this action, this Court concludes that plaintiff is entitled to a default judgment pursuant to Federal Rule of Civil Procedure 55(b), accordingly,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Captec Financial Group, Inc. and against Bagga Enterprises, Inc., Jamuna Real Estate, LLC, United Management Services, Inc. and Welcome Group, Inc. jointly and severally in the amount of $575,101.73 as of September 27, 2002, plus interest at the rate of $172.53 per diem from that day forward.

2. Defendants, their agents, attorneys and employees and each of them are permanently enjoined from conveying, assigning, or otherwise dissipating the collateral covered by the Open-End Leasehold Mortgage, Assignment of Rents, Fixture Filing and Security Agreement (Loan No. 9974) and said defendants shall cooperate fully with plaintiff to recover



A TRUE COPY CERTIFIED FROM THE RECORD
DATED: MAR 1 7 2003
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

such mortgage collateral, and to pay and reimburse plaintiff for all reasonable attorneys' fees and expenses, and court costs.

3. Defendants shall, **no later than January 15, 2003** file with this Court a full inventory and accounting of all property listed on the Open-End Leasehold Mortgage, Assignment of Rents, Fixture Filing and Security Agreement, including the location of the assets, the names and addresses of the purchasers of any assets, the items purchased by each, the amount received, and the disposition of the proceeds of any such sales.

*[signature]*
LOWELL A. REED, JR., S.J.

XCM 12/26/02
Walsh
Lipsky
McCann
Tech.

```
                                                          f-STND CLOSED
                         U.S. District Court
       U.S. District Court of Eastern Pennsylvania (Philadelphia)

                 CIVIL DOCKET FOR CASE #: 02-CV-2080
```

FL RECEIVABLE TRUST, et al v. BAGGA ENTERPRISES, et al    Filed: 04/12/02
Assigned to: JUDGE LOWELL A. REED, JR.
Demand: $0,000                                    Nature of Suit: 140
Lead Docket: None                                 Jurisdiction: Diversity
Dkt # in EDPA : is 02-2079

Cause: 28:1332 Diversity-Negotiable Instrument


FL RECEIVABLE TRUST 2002-A          STEVEN A. HABER
     PLAINTIFF                      FAX 215-665-3165
                                    [COR LD NTC]
                                    OBERMAYER, REBMANN, MAXWELL &
                                    HIPPEL, LLP
                                    1617 JOHN F. KENNEDY BOULEVARD
                                    19TH FLOOR, ONE PENN CENTER
                                    PHILADELPHIA, PA 19103-1895
                                    USA
                                    TEL 215-665-3014


   v.


BAGGA ENTERPRISES, INC.             VICTOR LIPSKY
     DEFENDANT                      [COR LD NTC]
                                    LIPSKY & BRANDT
                                    1101 MARKET ST
                                    STE 2820
                                    PHILADELPHIA, PA 19107
                                    USA
                                    TEL 215-922-6644


JAMUNA REAL ESTATE, LLC             VICTOR LIPSKY
     DEFENDANT                      (See above)
                                    [COR LD NTC]


UNITED MANAGEMENT SERVICES,         VICTOR LIPSKY
INC.                                (See above)
     DEFENDANT                      [COR LD NTC]


WELCOME GROUP, INC.                 VICTOR LIPSKY
     DEFENDANT                      (See above)
                                    [COR LD NTC]

Docket as of March 14, 2003 2:58 pm                  Page 1
```



A TRUE COPY CERTIFIED FROM THE RECORD
DATED: MAR 17 2003
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
Proceedings include all events.                                          f-STND
2:02cv2080 FL RECEIVABLE TRUST, et al v. BAGGA ENTERPRISES, et al CLOSED

     v.

PEPPER HAMILTON LLP              KEVIN W. WALSH
     MOVANT                      [COR LD NTC]
                                 1900 TWO PENN CENTER PLAZA
                                 PHILADELPHIA, PA 19102
                                 USA
                                 TEL 215-568-7515
```

Proceedings include all events.                                          f-STND
2:02cv2080 FL RECEIVABLE TRUST, et al v. BAGGA ENTERPRISES, et al CLOSED

| | | |
|---|---|---|
| 4/12/02 | 1 | Complaint.   filing fee $ 150   receipt # 787682 (aam) [Entry date 04/15/02] |
| 4/12/02 | -- | Summons(es) issued; 4 originals mailed to: Counsel 4/15/02 (aam) [Entry date 04/15/02] |
| 4/12/02 | -- | Standard Case Management Track. (aam) [Entry date 04/15/02] |
| 4/18/02 | 2 | ORDER THAT THE PARTIES HAVE A DUTY TO HOLD THEIR RULE 26(f) CONFERENCE AND MAKE THE INITIAL SELF-EXECUTING DISCLOSURES REQUIRED BY FRCP 26(a)(1) (RULES EFFECTIVE 12/1/00). THE PARTIES ARE EXPECTED TO HOLD THE RULE 26(f) DISCOVERY PLANNING CONFERENCE AND TO MAKE THESE DISCLOSURES PROMPTLY AND IN ADVANCE OF THE RULE 16(b) CONFERENCE WITH THE COURT. FAILURE TO MAKE THE REQUIRED DISCLOSURES WILL BE SUBJECT TO SANCTIONS PURSUANT TO FRCP 37. ( SIGNED BY JUDGE LOWELL A. REED JR. ) 4/18/02 ENTERED AND COPIES MAILED AND FAXED. (fdc) [Entry date 04/18/02] |
| 4/22/02 | 3 | Affidavit of: Patrick Wagner re: served summons and complaint upon Robert Popp on behalf of DEFENDANT BAGGA ENTERPRISES, DEFENDANT JAMUNA REAL ESTATE, DEFENDANT UNITED MANAGEMENT, DEFENDANT WELCOME GROUP, INC. Served by: Personal Service on 4/22/02. (fdc) [Entry date 04/23/02] |
| 8/19/02 | 4 | Entry of Appearance of DAVID F. MCCANN, ESQ. for PLAINTIFF CAPTEC FINANCIAL, Certificate of Service. (fdc) [Entry date 08/20/02] |
| 9/13/02 | 5 | MOTION BY PLAINTIFF CAPTEC FINANCIAL FOR ENTRY OF DEFAULT AS TO DEFENDANT BAGGA ENTERPRISES, DEFENDANT JAMUNA REAL ESTATE, DEFENDANT UNITED MANAGEMENT, DEFENDANT WELCOME GROUP, INC., CERTIFICATE OF SERVICE. (fdc) [Entry date 09/16/02] |
| 9/25/02 | 6 | ORDER THAT THE CLERK OF COURT TREAT THE MOTIONS AS REQUESTS FOR ENTRY OF DEFAULT AND ENTER DEFAULT IF THE REQUIREMENTS HAVE BEEN SATISFIED; ETC. ( SIGNED BY JUDGE LOWELL A. REED JR. ) 9/25/02 ENTERED AND COPIES MAILED . (jl) [Entry date 09/25/02] |
| 9/25/02 | -- | Case closed (kv) [Entry date 09/26/02] |
| 9/27/02 | 7 | MOTION by PLAINTIFF CAPTEC FINANCIAL FOR DEFAULT JUDGMENT against DEFENDANT BAGGA ENTERPRISES, DEFENDANT JAMUNA REAL ESTATE, DEFENDANT UNITED MANAGEMENT, DEFENDANT WELCOME GROUP, INC. , MEMORANDUM, CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (fdc) [Entry date 09/30/02] |
| 10/10/02 | 8 | Entry of Appearance of VICTOR LIPSKY, ESQ. for DEFENDANT BAGGA ENTERPRISES, DEFENDANT JAMUNA REAL ESTATE, DEFENDANT UNITED MANAGEMENT, DEFENDANT WELCOME GROUP, INC., Certificate of Service. (fdc) [Entry date 10/11/02] |

Proceedings include all events.                                                    f-STND
2:02cv2080 FL RECEIVABLE TRUST, et al v. BAGGA ENTERPRISES, et al CLOSED

| | | |
|---|---|---|
| 12/9/02 | 9 | MOTION BY PEPPER HAMILTON LLP TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF, CERTIFICATE OF SERVICE. (fdc) [Entry date 12/09/02] |
| 12/20/02 | 10 | ORDER THAT PEPPER HAMILTON LLP'S MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF IS DENIED WITHOUT PREJUDICE. ( SIGNED BY JUDGE LOWELL A. REED JR. ) 12/20/02 ENTERED AND COPIES MAILED. (fdc) [Entry date 12/20/02] |
| 12/20/02 | 11 | ORDER THAT DEFAULT JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF CAPTEC FINANCIAL AND AGAINST BAGGA ENTERPRISES, JAMUNA REAL ESTATE, UNITED MANAGEMENT, WELCOME GROUP, INC. for $575,101.73. ( SIGNED BY JUDGE LOWELL A. REED JR. ) 12/20/02 ENTERED AND COPIES MAILED. (fdc) [Entry date 12/20/02] |
| 12/20/02 | -- | Default by DEFENDANT BAGGA ENTERPRISES, DEFENDANT JAMUNA REAL ESTATE, DEFENDANT UNITED MANAGEMENT, DEFENDANT WELCOME GROUP, INC. for failure to appear, plead or otherwise defend. (fdc) [Entry date 12/20/02] |
| 12/20/02 | -- | DEFAULT ENTERED. (fdc) [Entry date 12/20/02] |
| 2/27/03 | 12 | STIPULATION AND ORDER THAT FL RECEIVABLE TRUST 2002-A IS ALLOWED TO INTERVENE AS THE PLAINTIFF; FL RECEIVABLE TRUST 2002-A IS HEREBY SUBSTITUTED FOR CAPTEC AS THE PLAINTIFF; THE DECEMBER 20, 2002 DEFAULT JUDGMENTS RENDERED IN FAVOR OF CAPTEC SHALL BE AMENDED HEREBY SO THAT THEY ARE IN FAVOR OF PLAINTIFF FL RECEIVABLE TRUST 2002-A, AS IF THE JUDGMENTS HAD BEEN ORIGINALLY ENTERED IN FAVOR OF FL RECEIVABLE TRUST 2002-A; THIS COURT'S JUDGMENT INDEX SHALL BE AMENDED TO INDICATE THAT THE DECEMBER 20, 2002 DEFAULT JUDGMENTS ARE IN FAVOR OF FL RECEIVABLE TRUST 2002-A, NOT CAPTEC. ( SIGNED BY JUDGE LOWELL A. REED JR. ) 2/27/03 ENTERED AND COPIES MAILED. (fdc) [Entry date 02/27/03] |

```
Proceedings include all events.                                    f-STND
2:02cv2080 FL RECEIVABLE TRUST, et al v. BAGGA ENTERPRISES, et al CLOSED

2/27/03    13       ORDER THAT FL RECEIVABLE TRUST 2002-A IS HEREBY INTERVENED
                    AS THE PLAINTIFF AND SUBSTITUTED IN PLACE OF CAPTEC
                    FINANCIAL GROUP, INC. ("CAPTEC") EFFECTIVE DECEMBER 20,
                    2002, AND THE INTEREST OF CAPTEC IN THE ABOVE-CAPTIONED
                    ACTION IS HEREBY TERMINATED; AND THE DEFAULT JUDGMENT IN
                    EACH OF THE ABOVE-CAPTIONED ACTIONS ENTERED ON DECEMBER 20,
                    2002 IS HEREBY AMENDED EFFECTIVE DECEMBER 20, 2002 TO SHOW
                    THAT FL RECEIVABLE TRUST 2002-A IS SUBSTITUTED IN ALL
                    RESPECTS AS THE JUDGMENT CREDITOR (PLAINTIFF). IT IS
                    FURTHER ORDERED THAT THE CLERK OF COURT SHALL CORRECT THE
                    CAPTION ON THE DOCKET OF EACH OF THE ABOVE-CAPTIONED CASES
                    TO DELETE CAPTEC, INC. AS PLAINTIFF AND SUBSTITUTE FL
                    RECEIVABLE TRUST 2002-A AS PLAINTIFF; AND THE CLERK OF
                    COURT SHALL AMEND THE JUDGMENT INDEX OF THE COURT TO SHOW
                    FL RECEIVABLE TRUST 2002-A AS THE JUDGMENT CREDITOR. IT IS
                    FURTHER ORDERED THAT THE PARTIES SHALL AMEND THE CAPTION OF
                    THE ABOVE CASES TO REFLECT THE SUBSTITUTION OF FL
                    RECEIVABLE TRUST 2002-A AS PLAINTIFF AND SHALL CEASE
                    INCLUDING CAPTEC AS PLAINTIFF ON ALL PAPERS FILED
                    HEREAFTER. ( SIGNED BY JUDGE LOWELL A. REED JR. ) 2/27/03
                    ENTERED AND COPIES MAILED AND FAXED. (fdc)
                    [Entry date 02/27/03]
```

FEB 27 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : | CIVIL ACTION |
| | : | NOS. 02-2080 — *file* |
| v. | : | 02-2086 |
| | : | 02-2710 |
| BAGGA ENTERPRISES, INC., et al. | : | 02-2711 |

ENTERED
FEB 27 2003
CLERK OF COURT

## ORDER

AND NOW, this 27<sup>th</sup> day of February, 2003, upon consideration of the stipulation of the parties dated February 25, 2003, (Document No. 12) in Civil Action No. 02-2080 and docketed in all four of the above-captioned cases) and for good cause shown, the Court having approved the stipulation and accepted the facts and conclusions set forth therein, it is hereby **ORDERED** that:

1. FL Receivable Trust 2002-A is hereby intervened as the plaintiff and substituted in place of Captec Financial Group, Inc. ("Captec") effective December 20, 2002, and the interest of Captec in the above-captioned action is hereby terminated; and

2. The default judgment in each of the above-captioned actions entered on December 20, 2002 is hereby **AMENDED** effective December 20, 2002 to show that FL Receivable Trust 2002-A is substituted in all respects as the judgment creditor (plaintiff).

**IT IS FURTHER ORDERED** that the Clerk of Court shall correct the caption on the docket of each of the above-captioned cases to delete Captec, Inc. as plaintiff and substitute FL Receivable Trust 2002-A as plaintiff; and the Clerk of Court shall amend the Judgment Index of the Court to show FL Receivable Trust 2002-A as the judgment creditor.

**IT IS FURTHER ORDERED** that the parties shall amend the caption of the

above cases to reflect the substitution of FL Receivable Trust 2002-A as plaintiff and shall cease including Captec as plaintiff on all papers filed hereafter.

_____
LOWELL A. REED, JR., S.J.