# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for Service of Process by the U.S. Marshal
on the reverse of this form.

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| FL Receivable Trust 2002-A | **MISCELLANEOUS** | B-03-005; B-03-006<br>B-03-007; B-03-008 |
| DEFENDANT | | TYPE OF PROCESS |
| Jamuna Real Estate, L.L.C. & Bagga Enterprises, Inc. | | Notice of Levy & Sale to Defendants & Lienholders |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Defendants' attorney and lienholders of Brownsville Property

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** See Exhibit "A"

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, TX  78523-3509

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Notice of Levy & Sale to Defendants and Lienholders by certified mail. Addresses of Defendants' attorney and lienholders are attached as Exhibit "A".

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 956.542.4377

DATE: 06/10/03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 79
District to Serve No. 79

Signature of Authorized USMS Deputy or Clerk

Date: 6/10/03

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

United States District Court
Southern District of Texas
FILED

JUN 2 6 2003

Michael N. Milby
Clerk of Court

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6-12-03
Time: 10:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 22.10 | 67.10 | | 67.10 | |

REMARKS:

Copies of notice were mailed out via certified mail on 6-12-03, to lienholder's and defendant's attorney as stated on Exhibit "A"

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)