U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

## MISCELLANEOUS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FL Receivable Trust 2002-A | B-03-005; B-03-006<br>B-03-007; B-03-008 |
| DEFENDANT Bagga Enterprises, INc., Jamuna Real Estate, L.L.P., United Management Services, Inc., Welcome Group | TYPE OF PROCESS<br>Public Auction |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Public Auction

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Steps of the Cameron County Courthouse,
974 E. Harrison, Brownsville, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
P.O. Box 3509
55 Cove Circle
Brownsville, TX 78523-3509

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Conduct public auction of real property and equipment seized at former Arby's in Brownsville, Texas in accordance with Notice of Sale (attached). Sale will take place at **10:00 a.m. on Tuesday, July 2, 2003**, on the steps of the Cameron County Courthouse, 974 E. Harrison, Brownsville, Texas.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 956/542-4377
DATE: 06/25/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

United States District Court
Southern District of Texas
FILED
JUL 3 2003
Michael N. Milby
Clerk of Court

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | 10:00 am |
|---|---|---|
| 7-1-03 | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | 45.00 | |

REMARKS:

Public Auction was held at 10:00 am on 7-1-03. Property sold to George Bonas (highest bidder) for $560,000. Auction was closed at 10:12 am. 1DUSM

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)