U.S. Department of Just
United States Marshals Service

**PROCESS I   CEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FL Receivable Trust 2002-A | B-03-005; B-03-006 B-03-007; B-03-008 |

| DEFENDANT Bagga Enterprises, Inc., Jamuna Real Estate, L.L.P., United Management Services, Inc., Welcome Group | TYPE OF PROCESS Public Auction |
|---|---|

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Public Auction

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Steps of the Hidalgo County Courthouse,
100 N. Closner, Edinburg, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
P.O. Box 3509
55 Cove Circle
Brownsville, TX  78523-3509

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold / Fold

Conduct public auction of real property and equipment, seized
at former Arby's in Mission, Texas in accordance with Notice
of Sale (attached).  Sale will take place at **10:00 a.m. on
Tuesday, July 2, 2003, on the steps of the Hidalgo County
Courthouse, 100 N. Closner, Edinburg, Texas.**

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER 956/542-4377 | DATE 06/25/03 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 19 2003

| Address (complete only if different than shown above) | Date of Service 7/1/03 | Time 10:00 am |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 6765.00 | | 6810.00 | | | |

REMARKS: Public auction conducted on Tuesday, July 1, 2003 at the steps of the Hidalgo County Courthouse.  Seven persons registered; only two bidded; Robert Castillo offered $100,000.00 and Jim Hunter (plantiff's atty) bid $450,000.00.

PRIOR EDITIONS
MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)